

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 2, 2025**

_____
**United States Bankruptcy Judge**

_____

### United States Bankruptcy Court
### Northern District of Texas
### Dallas Division

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **Reva Hospitality Wylie LLC,** | § | **Case No. 25-33332-swe11** |
| | § | |
| Debtor. | § | |

### *Order Dismissing Case with Prejudice and Granting Related Relief*

On September 2, 2025, the Court held an expedited hearing on Louisiana National Bank's motion to dismiss the above-captioned bankruptcy case [Docket No. 4] (the "**Motion**").

For the reasons stated on the record, it is **ORDERED** that:

1. The Motion is **GRANTED**;

2. This case is **DISMISSED** with prejudice pursuant to the *Order Dismissing Case with Prejudice* in the Debtor's previous bankruptcy case [Case No. 24-30973-swe11V, Docket No. 193]; and

3. The automatic stay shall not apply pursuant to Bankruptcy Code section 362(b)(21)(B).

### End of Order ###